**Thomas H. McGANN and Evelyn G. McGann, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2008–5086.

United States Court of Appeals, Federal Circuit.

July 29, 2008.

ON MOTION

*ORDER*

Upon consideration of the parties' joint stipulation for dismissal with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

---

\* We note that the parties requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.